Phillip Mark SHAFER, Plaintiff— Appellant,

v.

Christine ELLIS, Individually & Officially; Dana Maylon, Ethics Commissioner, Defendants—Appellees.

No. 08–7689.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2010.

Decided: June 4, 2010.

Phillip Mark Shafer, Appellant Pro Se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mark Shafer appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shafer v. Ellis,* No. 8:08–cv–00482–PJM (D.Md. Feb. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*